THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Defendant Jose Gamboa*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

JOSE GAMBOA (#19),

                    Defendant.

CASE NO: 2:17-cr-00306-JCM-VCF

**MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST**

**Certification:** This notice is timely filed.

## MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST

          COMES NOW, Thomas A. Ericsson, Esq., CJA appointed attorney for the Defendant, Jose Gamboa, and moves this Court to enter an Order allowing him to withdraw as counsel and be removed from CM/ECF E-Notice list.

          Mr. Gamboa was sentenced by the Court on October 15, 2021. Counsel has finished his representation of Mr. Gamboa in this matter.

/ / / /
/ / / /

1  |  Counsel respectfully requests an Order allowing him to withdraw as counsel

2  |  in this matter and be removed from CM/ECF E-Notice list.

3  |  DATED this 20th day of January 2023.

By: /s/ Thomas A. Ericsson

THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, NV 89144
*Attorney for Defendant Jose Gamboa*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED _____1-20-2023_____

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Oronoz & Ericsson, LLC, and that on the 20th day of January 2023, I served a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST via CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

Chad William McHenry, Esq.
Assistant United States Attorney
1301 New York Ave NW
Washington, DC 20005
*Attorney for the United States of America*

/s/ *Mariela Ramirez*
Employee of Oronoz & Ericsson, LLC